UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DIEGO MEJIA,

                *Plaintiff*,

v.

425 EAST 26TH STREET OWNERS CORP.,
JERSEY PROPERTIES LLC, UNITED
MANAGEMENT CORP., ARTHUR WEINER,
and MEIR BOUSKILA,

                *Defendants*.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Case No. 1:23-cv-07259 (MMH)

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel for defendants 425 East 26th Street Owners Corp., United Management Corp. and Arthur Weiner in this matter.

Please send electronic notification of all papers filed with the Court to me at sppischl@cbdm.com.

| | | |
|---|---|---|
| Dated: | New York, New York<br>November 16, 2023 | CLIFTON BUDD & DEMARIA, LLP<br>*Attorneys for the Defendants 425 East 26th Street Owners Corp., United Management Corp., and Arthur Weiner* |
| | | By: *[signature]*<br>Stephen P. Pischl<br>The Empire State Building<br>350 Fifth Avenue Suite 6110<br>New York, NY 10118<br>(212) 687-7410 (tel)<br>sppischl@cbdm.com |

To:    Via ECF
        NEW YORK LEGAL ASSISTANCE GROUP
        *Attorneys for the Plaintiff*
        Elissa S. Devins