# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

July 22, 2024

**VIA ECF**
Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N322
Brooklyn, NY 11201

      Re:    *D. Mejia v. 425 E. 26th Street Owners Corp., et al.,*
              Case No. 1:23-cv-07259-LDH-LKE

Dear Judge Eshkenazi:

      This firm represents defendants 425 East 26th Owners Corp., United Management Corp. and Arthur Weiner (collectively, the "Moving Defendants") in the above-referenced action. Pursuant to Section I.A of Your Honor's Individual Practice Rules, we write to respectfully request, on consent, an adjournment of the in-person status conference currently scheduled for this upcoming Thursday, July 25 at 3:00 pm.

      The undersigned is unavailable to attend the conference as currently scheduled due to a previously scheduled holiday. This is the first request for an adjournment of the July 25th status conference. We have conferred with counsel for Plaintiff, who consents to this application. If granted, the adjournment would affect no other scheduled dates in this matter.

      The parties are available for a rescheduled conference at this Court's earliest convenience, from Thursday, August 1, through Friday, August 9, with the exception of Friday, August 2, and Thursday, August 8. The parties have conferred and annexed a revised Proposed Discovery Plan and Scheduling Order.

      We thank the Court for its consideration of this request.

      Respectfully Submitted,

      CLIFTON BUDD & DeMARIA, LLP
      *Attorneys for Defendants*

By:    Stephen P. Pischl | Partner

**CLIFTON BUDD & DEMARIA, LLP**

Hon. Lara K. Eshkenazi, U.S.M.J.
July 22, 2024
Page 2

cc: **VIA ECF**
    NEW YORK LEGAL ASSISTANCE GROUP
    *Attorneys for the Plaintiff*
    Elissa S. Devins