

January 2, 2024

**VIA ECF**

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N322
Brooklyn, NY 11201

      Re:    *D. Mejia v. 425 E. 26th Street Owners Corp., et al.*,
              Case No. 1:23-cv-07259-LDH-LKE

Dear Judge Eshkenazi:

      NYLAG represents Plaintiff Diego Mejia in the above-referenced action. Pursuant to Section I.A of Your Honor's Individual Practice Rules, we write to respectfully request, on consent, an adjournment of settlement conference currently scheduled for January 8 at 2:00 pm.

      The Parties have agreed to postpone the requested settlement conference in order to review and incorporate depositions taken this past week. Because of the holiday schedule, transcripts of these depositions will not be available until after settlement letters are due. Parties believe an adjournment will facilitate a more productive settlement conference. We have conferred with counsel for Defendants, who consents to this application. If granted, the adjournment would affect no other scheduled dates in this matter. The parties are available for a rescheduled settlement conference at this Court's earliest convenience, January 16, 17, or 20th.

We thank the Court for its consideration of this request.

Respectfully Submitted,

New York Legal Assistance Group
Attorneys for Plaintiff

By: Mel Gonzalez

CC:    **VIA ECF**
        CLIFTON BUDD & DeMARIA, LLP
        Attorneys for the Defendants
        Stephen P. Pischl