**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

———————————————X

DIEGO MEJIA, :

               *Plaintiff*, :

     v. :

                                                 Civ. No. 1:23-cv-7259 (MMH)

425 EAST 26TH STREET OWNERS CORP, :    **PLAINTIFF'S MOTION FOR**
JERSEY PROPERTIES LLC, UNITED             **LEAVE TO FILE A**
MANAGEMENT CORP., and ARTHUR            **SURREPLY**
WEINER,

               *Defendants*. :

———————————————X

    Pursuant to this Court's Rule III.B.2, Plaintiff hereby moves for leave to file the attached Surreply to Defendants' "REPLY in Opposition re 26 Reply in Opposition"("Defendants' Reply"), Dkt. 27, regarding the pending discovery dispute and settlement conference.

    Plaintiff's counsel is mindful that this Court has ordered an in-person status conference, likely with the intention of quickly resolving the emerging dispute in this Case. Plaintiff is grateful for the prompt attention to the dispute so as to not further delay litigation. However, Defendants have failed to comply with Your Honor's rule requiring obtaining leave of court prior to submitting a reply brief. *See* Rule III.B.2 ("Reply briefs are only permitted upon obtaining leave of Court."). In the interest of fairness, and of preserving an accurate record, Plaintiff's counsel therefore feels compelled to respond to Defendants' Reply and respectfully requests leave of court to file the attached Surreply. Thank you for your consideration of this request.

Dated: New York, NY
         January 23, 2025

                                                              Respectfully submitted,

                                                              _____
                                                              Mel Gonzalez

NEW YORK LEGAL ASSISTANCE GROUP
*Attorneys for the Plaintiff*
100 Pearl Street, 19th Floor
New York, New York 10004
212-659-6141
mgonzalez@nylag.org

TO: Via ECF
Clifton Budd & DeMaria, LLP
*Attorneys for Defendants*
Stephen P. Pischl