# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

April 25, 2025

**VIA ECF**

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N322
Brooklyn, NY 11201

Re:   *D. Mejia v. 425 East 26th St. Owners Corp., et al.*,
      Case No. 1:23-cv-7259-LDH-LKE

Dear Judge Eshkenazi:

This firm represents defendants 425 East 26th St. Owners Corp., Jersey Properties LLC, United Management Corp., Arthur Weiner and Meir Bouskila (collectively the "Defendants") in the above-referenced action. We submit this letter jointly with counsel for the Plaintiff as directed in Your Honor's April 14, 2025 Order reviewing Plaintiff's unopposed motion for settlement approval. *See* Dkt. 31.

Consistent with Your Honor's Order, please find, attached as Exhibit 1, a redlined copy of the Settlement Agreement jointly approved by the Parties, revised to narrow the confidentiality provision such that it does not bar Plaintiff from disclosing the terms of the parties' settlement.[1] A clean copy of the Agreement, with the proposed revisions applied, is also attached as Exhibit 2.

We thank the Court for its consideration and further review of the Parties' Agreement.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By:   Stephen P. Pischl | Partner

cc:   **VIA ECF**
      NEW YORK LEGAL ASSISTANCE GROUP
      *Attorneys for the Plaintiff*
      Mel Gonzalez
      Elissa S. Devins

---

[1] Unrelated to this Court's earlier review, and on consent, the parties have also made minor revisions to the payment provisions in Paragraph 4, simplifying how the total, agreed-upon settlement amount is allocated, as marked.